961 A.2d 79

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**Robert ZUKOWSKI, Sr., Appellee.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

204

Karl Baker, Esq., Defender Association of Philadelphia, for Robert Zukowski, Sr.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the Order of the Court of Common Pleas of Philadelphia County is **RE-VERSED** pursuant to *Commonwealth v. Lee,* 594 Pa. 266, 935 A.2d 865 (2007), and the matter is remanded for proceedings consistent with that opinion.